UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LONDON
C.A. NO. 6:24-cr-00028-REW-HAI
*"Electronically Filed"*

UNITED STATES OF AMERICA                                        PLAINTIFF

v.

SCOTT BLAIR                                                            DEFENDANT

---

## SENTENCING MEMORANDUM ON BEHALF OF SCOTT BLAIR

---

Comes the Defendant, Scott Blair, by counsel, and for his sentencing memorandum states as follows:

As the Court is aware to date the Defendant has filed 62 letters in support. Perhaps the most significant is the 6 page letter from his mother, Lynda Combs, who indicated that she had received over 120 letters in support of her son. Scott Blair is certainly an unusual defendant to be before this Court. The undersigned counsel is quite familiar with Mr. Blair in that he was a worthy adversary as the Commonwealth Attorney in Perry County. Unfortunately due to the combination of his severe depressive illness and significant methamphetamine addiction he stands before this Court with a guideline level of 46-57 months after promptly acknowledging his criminal conduct.

What is striking about the instant case is the Presentence Report does credit Mr. Blair with a three point reduction in terms of acceptance and responsibility. It is hard to imagine another defendant who more richly earned a three point deduction than Mr. Blair for acceptance of responsibility.

As the United States will likely agree when Mr. Blair was arrested on April 15, 2024. The undersigned counsel was notified in the early afternoon and went down and met with Mr. Blair in the Laurel County Detention Center. At that point, Mr. Blair indicated to the undersigned counsel that he had already made at least one full confession to the United States and freely admitted the full range of his criminal conduct. Moreover, Mr. Blair promptly told the undersigned counsel that he needed to immediately resign as Commonwealth Attorney, resign from the Kentucky Bar Association, and have his name removed as an unopposed candidate for Commonwealth Attorney in the November 2024 General Election. In fact, Mr. Blair has resigned as Commonwealth Attorney, his resignation from the Kentucky Bar Association was effective on August 23rd, and his name has been removed from the General Election Ballot. Shortly thereafter, Mr. Blair waived any type of detention or preliminary hearing and promptly entered a guilty plea.

It is also clear that while Mr. Blair held an esteemed position, behind the position was a lifelong battle with, as the Presentence Report accurately indicates his longstanding battle with severe depression. Moreover, the Presentence Report accurately points out that starting in 2011, or for the last 13 years, Mr. Blair has been totally addicted to methamphetamine. Commonwealth Attorneys generally earn about $115,000.00 a year. As the financial records in this case indicate Mr. Blair is literally in debt. It is clear that his various methamphetamine suppliers are the cause of Mr. Blair's insolvent state.

What is clear in the instant case is that methamphetamine not only effects his judgment but caused Mr. Blair to do the admittedly anti-social conduct contained in this action. In terms of the relevant sentencing factors, Mr. Blair represents to this Court that he has already suffered

public humiliation, his arrest and incarceration has been a subject of the national news, and that his criminal history guidelines should weigh in favor of the bottom of the guideline level.

Using the factors in 18 U.S.C.§ 3553 it is clear that Mr. Blair's sufficient long history of depression and methamphetamine addiction was the cause and fact of his criminal conduct. Further one of the reasons for the sentencing guidelines is that there should be equal treatment for those who commit criminal offenses. Ironically in the Commonwealth of Kentucky, another Commonwealth Attorney Ronnie Goldy was recently sentenced in the Eastern District of Kentucky. Mr. Blair suggest that unlike Mr. Goldy who refused to resign, caused the Kentucky Legislature to impeach him and went to trial and according to press reports mislead the jury, Scott Blair did just the opposite.

Mr. Blair has fully accepted responsibility, immediately confessed to his crimes and has shown complete remorse for being unable to deal with his addiction and mental illness.

Accordingly the Defendant respectfully ask that he be sentenced at the bottom of the guidelines for the reasons stated herein.

RESPECTFULLY SUBMITTED,

s:/NED PILLERSDORF
NED PILLERSDORF
PILLERSDORF LAW OFFICES
124 WEST COURT STREET
PRESTONSBURG, KENTUCKY 41653
PH: (606) 886-6090
FX: (606) 886-6148
pillers@gmail.com

CERTIFICATE OF SERVICE

This is to certify that the foregoing was electronically filed on the CM/ECF server, on this 28th day of August, 2024.

s:/NED PILLERSDORF
NED PILLERSDORF